JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1551
Facsimile: (415) 744-0134
E-Mail: Julie.Cummings@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA MICHELLE RAMIREZ,<br><br>  Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case 2:22-cv-01734-DJA<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME<br>(*SECOND REQUEST*) |

Defendant, the Acting Commissioner of Social Security, respectfully requests an extension of 20 days in which to respond to Plaintiff's Motion for Reversal and/or Remand (ECF No. 12), filed on February 2, 2023, changing the date on which Defendant's response is due to April 25, 2023, from April 5, 2023. This is Defendant's second request to extend time. Counsel for Defendant conferred with a representative for counsel for Plaintiff on April 4, 2023 and confirmed that Plaintiff has no objection to this request.

Defendant makes this request in good faith and for good cause. Upon closer review of the record, and while drafting Defendant's response, I discovered that settlement options may exist in this case. The extension is required, therefore, to permit me time to further research the issue that has come to my attention and to provide me time to see whether it warrants pursuing settlement.

Accordingly, I am asking the Court for 20 additional days to respond to Plaintiff's Opening Brief

For these reasons, the Commissioner respectfully requests that the Court grant this motion for an extension of 20 days for Defendant to respond to Plaintiff's Opening Brief.

DATED April 5, 2023.                    Respectfully submitted,

                                        JASON M. FRIERSON
                                        United States Attorney

                                        s/ *Julie A.K. Cummings*
                                        JULIE A.K. CUMMINGS
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant


                                        IT IS SO ORDERED:

                                        _____
                                        HON. DANIEL J. ALBREGTS
                                        UNITED STATES MAGISTRATE JUDGE

                                        DATED:  April 6, 2023

2